UNITED STATES of America,
Appellee,

v.

Fontaine Demmond SHERMAN,
Appellant.

No. 09–2504.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 18, 2010.

Filed: Feb. 23, 2010.

Patrick C. Harris, Assistant U.S. Attorney, Michael D. Johnson, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Fontaine Demmond Sherman, Lompoc, CA, pro se.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Fontaine Demmond Sherman appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 33 motions for a new trial based on newly discovered evidence. We affirm for the reasons stat-

ed by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.